Miles Clark III (SBN 213663)
**Clark Law Offices, Inc.**
6800 Indiana Ave. Suite 295
Riverside, CA 92506
Telephone No.: (951) 683-2405
Facsimile No.:  (951) 683-0234

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cr-0012-MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| FRANCISICO JAVIER GALLARDO PACHECO, | |
| | Hon. Morrison C. England |
| Defendant, | |

The parties request that the status conference currently set for February 12, 2009, be continued to March 26, 2009, and stipulate that the time beginning February 12, 2009 and extending through March 26, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

Page 1

The parties are in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his or her offer. Additionally, counsel for each defendant needs more time to review the discovery in this case, discuss that discovery with their respective clients, consider evidence that may affect the disposition of this case, and discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
United States Attorney

Dated: March 19, 2009        By:/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

Dated: March 19, 2009        By:  /s/  Miles Clark III
MILES CLARK III
Attorney for Defendant
Fransisco Javier Gallardo Pacheco

IT IS SO ORDERED.

DATED: March 26, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE